**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Maria S. Sanchez | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-17975 |

NOTICE

To the debtor:

NOTICE is hereby given that:

In accordance with this court's random assignment procedure, all issues relating to the debtor, in this matter, have been reassigned to the Honorable Eric L Frank.

Dated: 1/8/2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK