UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Maria Sanchez,                              :        Chapter 13
          Debtor.                                  :
                                                    :        Bankruptcy No. 18-17975jkf

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

      Patricia M. Mayer, Esquire, counsel for Debtor, applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

    1. Applicant is counsel for the debtor.

    2. The debtor filed a petition under Chapter 13 of the Bankruptcy Code on December 3, 2018.

    3. The debtor' annualized current monthly income as set forth on Form B22C is:
  __X__ above median (the amount on line 15 is not less than the amount online 16)

  _____ below median (the amount of line 15 is less than the amount on line 16).

    4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

    5. Applicant requests an award of compensation of $3,500.00 of for 13.5 hours expended in providing the following services:

| Description | Hours |
|---|---:|
| Initial consultation re: overview of client's financial circumstances, discuss various types of bankruptcy and bankruptcy alternatives | .5 |
| Follow-up consultation with client to review financial information and credit counseling and financial management course requirements | 1.5 |
| Prepare means test computation and discuss results with client | 1.5 |
| Preparation and review of petition, schedules, statements and plan | 2.5 |
| Conference with client to review and sign petition, schedules, statements and plan | .5 |
| File petition, schedules, statements, plan, means test and certificate of credit counseling and statement of social security number | .4 |
| Scan and file pay advices and tax returns; send to trustee and U.S. Trustee | .3 |
| Correspondence and telephone conferences with client, trustee, and creditors | 1.3 |
| Appearance at creditors meeting including travel time | 2.0 |
| Review of claims filed in case and plan for feasibility | 1.0 |
| Prepare proof of claim and short form fee application and file same | .5 |
| Total Time Expended to Date | 12.5 |
| Anticipated time obtaining confirmation of plan | 1.0 |
| TOTAL TIME | 13.5 |

      6.  Applicant requests reimbursement of expenses in the amount of $400.00 for the following expenses:   $310.00 for filing fee, $50.00 for record owner search, $30.00 for credit report.

      7.  The debtor paid Applicant $2,000 prior to the filing of the petition as well as $400 in costs.

      8.  A copy of the Applicant's disclosure of compensation pursuant to Fed.R.Bankr.P. 2016(b) is attached hereto as Exhibit "A."

      9.  None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. § 504(c) applies.

      WHEREFORE, Applicant requests an award of $3,500.00 in compensation and of $400.00 in reimbursement of actual, necessary expenses.

      Respectfully submitted,

      PATRICA M. MAYER, P.C.

      /s/ Patricia M. Mayer
      Patricia M. Mayer, Esquire
      301 Oxford Valley Road, Suite 203B
      Yardley, PA 19067
      215-493-4300
      Counsel for Debtor

Dated:   February 13, 2019